# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4327NE

_____

| | | |
|---|---|---|
| Elvira M. Cassidy, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| United States of America, United States | * | District Court for the District |
| Postal Service; | * | of Nebraska. |
| | * | |
| Defendant-Appellee, | * | [UNPUBLISHED] |
| | * | |
| Real Properties MLP Limited | * | |
| Partnership; RRP-DGT GP Corporation, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: June 18, 1998
Filed: June 22, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Elvira M. Cassidy appeals the district court's adverse grant of summary judgment in Cassidy's lawsuit against the United States Postal Service and its lessor. Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.